FILED

01/09/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0523

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0523

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

MICHAEL VOYLES,

    Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until February 15, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 9 2023